THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Gary Allen Hanner, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2007-UP-142
Submitted April 2, 2007  Filed April 3, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Teresa A Knox, S.C. Dept. of Probation Parole & Pardon, of Columbia, for Respondent.
 
 
 

PER CURIAM: Gary Allen Hanner appeals the revocation of his probationary sentence for grand larceny and forgery less than $5,000.  Hanner argues his inability to make payments was due to circumstances beyond his control.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Hanners counsel attached a petition to be relieved, stating he reviewed the record and concluded this appeal lacks merit.  Hanner did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Hanners appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and STILWELL, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.